```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE CREDIT DEFAULT SWAPS ANTITRUST     :   13 MD 2476 (DLC)
LITIGATION                               :
                                         :
                                         :
---------------------------------------- X
                                         :
VALUE RECOVERY FUND LLC, et al.,         :
Individually and on Behalf of all those  :
Similarly Situated,                      :
                                         :
                                         :
              Plaintiffs,                :
                                         :   13 Civ. 4928
       -v-                               :
                                         :
                                         :
JPMORGAN CHASE & CO., et al.,            :
                                         :
              Defendants.                :
                                         :
---------------------------------------- X
                                         :
SALIX CAPITAL US INC., Individually and  :
on Behalf of all those Similarly         :
Situated,                                :
                                         :
              Plaintiff,                 :
                                         :   13 Civ. 6116
       -v-                               :
                                         :
                                         :
BANK OF AMERICA CO., et al.,             :
                                         :
              Defendants.                :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/20/2013

```
------------------------------------------ X
                                           :
SHEET METAL WORKERS LOCAL NO. 33           :
CLEVELAND DISTRICT PENSION PLAN,           :
Individually and on Behalf of all those    :
Similarly Situated,                        :
                                           :
                         Plaintiff,        :    13 Civ. 7450
                                           :
        -v-                                :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X
                                           :
UNIPENSION FONDSMAEGLERSELSKAB, et al.,    :
Individually and on Behalf of all those    :
Similarly Situated,                        :
                                           :
                         Plaintiffs,       :    13 Civ. 7465
                                           :
        -v-                                :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X
                                           :
ESSEX REGIONAL RETIREMENT SYSTEM,          :
Individually and on Behalf of all those    :
Similarly Situated,                        :
                                           :
                         Plaintiff,        :    13 Civ. 7640
                                           :
        -v-                                :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X
```

```
------------------------------------- X
                                      :
MF GLOBAL CAPITAL LLC, Individually and :
on Behalf of all those Similarly      :
Situated,                             :
                                      :   13 Civ. 7647
                      Plaintiff,      :
                                      :
         -v-                          :
                                      :
BANK OF AMERICA CO., et al.,          :
                                      :
                      Defendants.     :
                                      :
------------------------------------- X
                                      :
LBBW ASSET MANAGEMENT                 :
INVESTMENTGESELLSCHAFT MBH,           :
Individually and on Behalf of all those :
Similarly Situated,                   :   13 Civ. 7752
                                      :
                      Plaintiff,      :
                                      :
         -v-                          :
                                      :
CITIBANK, N.A., et al.,               :
                                      :
                      Defendants.     :
                                      :
------------------------------------- X
                                      :
LOS ANGELES COUNTY EMPLOYEES RETIREMENT :
ASSOCIATION, Individually and on Behalf :
of all those Similarly Situated,      :
                                      :   13 Civ. 7634
                      Plaintiff,      :
                                      :
         -v-                          :
                                      :
JP MORGAN CHASE & CO., et al.,        :
                                      :
                      Defendants.     :
                                      :
------------------------------------- X
```

```
------------------------------------------ X
                                           :
STATE UNIVERSITIES RETIREMENT SYSTEM OF    :
ILLINOIS, Individually and on Behalf of    :
all those Similarly Situated,              :
                                           :   13 Civ. 7964
                          Plaintiff,       :
                                           :
                                           :
              -v-                          :
                                           :
BANK OF AMERICA CO., et al.,               :
                                           :
                          Defendants.      :
                                           :
------------------------------------------ X
                                           :
FUND LIQUIDATION HOLDINGS LLC, et al.,     :
Individually and on Behalf of all those    :
Similarly Situated,                        :   13 Civ. 7976
                                           :
                          Plaintiffs,      :
                                           :
              -v-                          :
                                           :
JP MORGAN CHASE & CO., et al.,             :
                                           :
                          Defendants.      :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

   Having received a letter on November 19, 2013, on behalf of all parties regarding this Court's scheduling orders, it is hereby

   ORDERED that the obligations to confer on subjects to be considered at a Rule 16 conference, as described in an Order of October 18, 2013 issued in VALUE RECOVERY FUND LLC, et al., v.

JPMORGAN CHASE & CO, et al., 13 Civ. 4928 (DLC), are stayed for all actions.

IT IS FURTHER ORDERED that a schedule for filing and responding to any consolidated complaint will be determined at the December 5 conference.

SO ORDERED:

Dated:   New York, New York
         November 19, 2013

                                    _____
                                           DENISE COTE
                                    United States District Judge