UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION | CASE NO. 1:13-MD-02476-DLC <br><br> **ECF CASE** |
| This Document Relates To: <br><br> *Fund Liquidation Holdings LLC v. JP Morgan Chase & Co., et al.*, No. 13-cv-7976-DLC | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Fund Liquidation Holdings LLC by and through its undersigned counsel and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice its Complaint in the action styled *Fund Liquidation Holdings LLC v. JP Morgan Chase & Co., et al.*, No. 13-cv-7976-DLC (S.D.N.Y.).  No defendant in this action has answered or filed for summary judgment, and a class has not been certified.

Dated: March 14, 2014

/s/ Andrew J. Entwistle
ENTWISTLE & CAPPUCCI, LP
Andrew J. Entwistle
Vincent R. Cappucci
Robert N. Cappucci
280 Park Avenue, 26th Floor
New York, New York 10017
Telephone:  (212) 894-7200
Fax:  (212) 894-7272
aentwistle@entwistle-law.com
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com

*Attorneys for Fund Liquidation Holdings LLC*

EC.55120.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the ECF mailing list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 14, 2014.

/s/ Andrew J. Entwistle
ENTWISTLE & CAPPUCCI, LP
Andrew J. Entwistle
Vincent R. Cappucci
Robert N. Cappucci
280 Park Avenue, 26th Floor
New York, New York 10017
Telephone:  (212) 894-7200
Fax:  (212) 894-7272
aentwistle@entwistle-law.com
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com