```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   13md2476 (DLC)
                                      :
                                      :   PRETRIAL
IN RE CREDIT DEFAULT SWAPS ANTITRUST   :   SCHEDULING ORDER
LITIGATION                            :
                                      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held on September 11, 2015, it is hereby

ORDERED that the schedule for plaintiffs' motion for class certification is revised as follows:

- Motion served by **October 16, 2015.**
- Opposition served by **November 6, 2015.**
- Reply served by **November 20, 2015.**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that trial will begin at **9:30 a.m.** on **May 1, 2017.**

All other dates set forth in the February 2, 2015 Revised Pretrial Scheduling Order remain in place.

Dated:   New York, New York
         September 14, 2015

                                    _____
                                         DENISE COTE
                                    United States District Judge